UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Safwat Saber, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      -against-<br><br>Financial Recovery Services, Inc.,<br><br>      Defendant. | Case No: 1:20-cv-02490-LDH-RLM |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: September 16, 2020

| **MOSS & BARNETT, PA** | **BARSHAY SANDERS, PLLC** |
|---|---|
| By:  /s Michael Etmund<br>Michael Etmund, Esq.<br>150 South Fifth Street, Suite 1200<br>Minneapolis, Minnesota 55402<br>Tel: (612) 877-5334<br>*Attorneys for Defendant* | By:  /s Craig B. Sanders<br>Craig B. Sanders<br>100 Garden City Plaza, Suite 500<br>Garden City, New York 11530<br>Tel. (516) 203-7600<br>Email: *ConsumerRights@BarshaySanders.com*<br>Our File No: 119298<br>*Attorneys for Plaintiff* |

**SO ORDERED:**

s/ LDH   September 21, 2020
**Honorable LaShann DeArcy Hall, U.S.D.J.**